THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:08-cr-00040-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| RANDY THOMAS MULLINS | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's pro se Motion for Reduction of Sentence filed pursuant to 18 United States Code § 3582(c)(2) and U.S.S.G. § 1B1.10(c), Amendment 782 (Nov. 1, 2014). [Doc. 159].

It appears to the Court that the Defendant has stated a colorable basis for relief in his Motion. In addition, the Probation Office has submitted a supplement to the Defendant's Presentence Report ("PSR") in this matter. [Doc. 167]. Based thereon, the Court determines that the United States Attorney should provide the Court with its respective position regarding the PSR supplement.

**IT IS, THEREFORE, ORDERED** that no later than thirty (30) days from the entry of this Order, the United States Attorney shall file a pleading responsive to the Probation Officer's PSR supplement filed in this matter.

**IT IS SO ORDERED.**

Signed: January 23, 2015

Martin Reidinger
United States District Judge